UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

  HIRAM O RIVERA HERNANDEZ

                                                    Bankruptcy No. 26-10261-DJB

          Debtor

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 01/22/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

  •   There has been unreasonable delay by debtor(s) that is prejudicial to creditors
      pursuant to 11 U.S.C. Section 1307(c)(1).

  •   There has been unreasonable delay by debtor(s) that is prejudicial to creditors
      pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded
      plan, in that the total filed proofs of claim which are to be paid through the plan
      exceed the value of the proposed plan.

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 06/19/2026                             Respectfully submitted,


                                             /s/ Kenneth E. West, Esq.
                                             Kenneth E. West, Esq.
                                             Standing Chapter 13 Trusteee
                                             190 N. Independence Mall West
                                             Suite 701
                                             Philadelphia, PA  19106
                                             Telephone: (215) 627-1377